Commonwealth *v.* Richards, Appellant.

Submitted March 15, 1971. *Edmund E. DePaul,* and *DePaul & Manos,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Rose, Appellant.

Submitted December 7, 1970. *Harris S. Pasline* and *Haber & Corriere,* for appellant; *John E. Gallagher,* First Assistant District Attorney, and *Charles H. Spaziana,* District Attorney, for Commonwealth, appellee.

Order affirmed.